# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:15-cr-00020-MP-GRJ-1

JAMEL LERON NICHOLS,

    Defendant.

_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 28, 2015. (Doc. 38). This matter had been orally referred to the Magistrate Judge to conduct a change of plea colloquy. That colloquy was held on October 28, 2015, and, after the colloquy, the Magistrate Judge recommended that the guilty plea be accepted. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The plea of guilty is accepted. Sentencing will be set by separate notice.

**DONE AND ORDERED** this _25th_ day of November, 2015

 *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge